UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

v.                                  Case No. 23-30403
                                          Originating No.  22CR96

**RAYMOND M. WILLIAMS,**

        Defendant.

_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

       Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the

United States of America hereby petitions the Court for an order transferring defendant

**RAYMOND M. WILLIAMS,** to answer to charges pending in another federal district, and

states:

       1.   On **October 5, 2023,** defendant was arrested in the Eastern District

Michigan in connection with a federal arrest warrant issued in the **Eastern District of**

**Tennessee based on a Superseding Indictment**.  Defendant is charged in that district

**with violations of of 21 USC Sections 846 and 841(a)(1) – Conspiracy to Distribute**

**Fentanyl and Heroin and 18 U.S.C. Sections 922(g) and 924(c) – Felon in**

**Possession of a Firearm and Use of a Firearm in Relation to a Drug Trafficking**

**Offense**

2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN N. ISON
United States Attorney


*s/Christopher Rawsthorne*
CHRISTOPHER RAWSTHORNE
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: October 5, 2023